# The Law Offices of Diane H. Lee, P.C.*

158 Linwood Plaza Suite 308-310
Fort Lee, NJ 07024
TEL: (201)363-0101
      (201)482-8797
FAX: 888-908-3660

16 W. 32nd Street
Suite 305
New York, NY 10001
TEL: (646) 661-5767

DLEE@DHLLAW.COM
www.thelawofficesofdianehlee.com
*Member of NY and NJ Bars

July 27, 2018

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/30/18
```

**VIA ECF**
United States District Court
Southern District of New York
40 Foley Square, Room 22014
New York, NY 10007
Attn: Honorable Paul G. Gardephe

**Re: Fitz v Bethel Gourmet Food Corp., et al**
    (Case No.: 17-cv-08919)

Dear Judge Gardephe:

My firm represents the Defendants in this matter. Unfortunately, the Parties are unable to agree on one auditor. Therefore, Defendants are proposing their selection, Mr. Bryan Ban. Attached is CPA Ban's resume and his estimated hours and his hourly rate for Your Honor's review.

Mr. Ban is bilingual in Korean and English, therefore he will be able to communicate with the Defendants whose ability to speak English is limited as they are first generation immigrants. We thank Your Honor's time and assistance in this matter.

Respectfully submitted,

Diane H. Lee

cc: Martin Restituyo, Esq. (Via ECF)
    Plaintiffs' Counsel

**MEMO ENDORSED**

As per the settlement agreement entered into by the parties in this matter, Bryan Ban is appointed as the independent auditor

**SO ORDERED:**

_Paul G. Gardephe_
Paul G. Gardephe, U.S.D.J.

Dated: July 30, 2018

# Bryan Ban CPA

209-35 Northern Blvd. Suite 210
Bayside, NY 11361
718-279-0039
bryanbancpa@gmail.com

## EDUCATION

**Long Island University**  Long Island, NY
- *M. S. in Taxation*  *1992*

**State University of New York at New Paltz**  New Paltz, NY
- *B. S. in Accounting*  *1989*

## EXPERIENCE

**Bryan Ban CPA P.C.**  Bayside, NY
*Sole Practitioner*  *2001- Present*
- Specializing in representing clients for IRS income tax and State & Local sales tax audit.

**Internal Revenue Service**  Manhattan, NY
*Revenue Agent*  *1994-2001*
- Examining books and records of individual & business tax returns.

BRYAN BAN CPA PC.

# Invoice

| Date | Invoice # |
|---|---|
| 7/26/2018 | 1 |

| Bill To |
|---|
| Bethel Corp |

| P.O. No. | Terms | Project |
|---|---|---|
|  |  |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
|  | Estimate for performing forensic accounting | 7,000.00 | 7,000.00 |
|  | 40 hours x $175 per hours |  |  |

**Total** $7,000.00