**THE LAW OFFICES OF MARTIN E. RESTITUYO, P.C.**
1345 Avenue of the Americas, 33rd Floor, New York, New York 10105

Martin E. Restituyo
Tel: 212-729-7900
Fax: 212-729-7490
restituyo@restituyolaw.com

January 22, 2019

**VIA ECF Filing**

Hon. Paul G. Gardephe
United States District Court Judge
Thurgood Marshall
United States Courthouse
40 Foley Square, Room 705
New York, NY 10007

    Re:  *Fitz v. Bethel Gourmet Food Corp.*, CA No. 17-cv-08919

Dear Judge Gardephe:

    In accordance to the Court's order of January 17, 2019 [Dkt #29] Plaintiffs once again propose the appointment of Mark S. Gottlieb as the independent auditor to review Defendants' finances as per the settlement agreement in this case. Annexed herewith please find Mr. Gottlieb's resume and his firm's fee schedule.

    We thank the Court for its renewed consideration of this candidate.

    Should the Court require additional information, please advise so that we may provide accordingly.

Very truly yours,

Martin E. Restituyo, Esq.

## BACKGROUND

With over 30 years of experience, Mark S. Gottlieb is an accomplished forensic accounting and business valuation specialist with expertise in record reconstruction and litigation support. Mr. Gottlieb is recognized for the meticulous preparation and comprehensive research he brings to all of his professional engagements. Since forming MSGCPA, Mr. Gottlieb has lead a team of highly qualified professionals in conducting forensic accounting examinations, independent business and professional practice valuations, and a continuum of financial and economic analyses. He is frequently appointed by the court to provide these services and expert testimony. Mr. Gottlieb has also lectured extensively to many government agencies and professional organizations on accounting, tax, economic development and valuation/appraisal issues. Previously, Mr. Gottlieb was employed by the international accounting and consulting firms of PriceWaterhouseCoopers (formally Coopers & Lybrand) and Ernst & Young (formally Ernst & Whinney).

## EDUCATION

- Bachelor of Business Administration in Accounting – Adelphi University (May 1983)
- Master of Science in Taxation – Long Island University (May 1993)

## PROFESSIONAL MEMBERSHIPS

- State of New York Grievance Committee for the Tenth Judicial District – Committee Member (2015 to Present)
- Brandeis Association Scholarship Fund – Treasurer (2015 to Present)
- New York State Society of Certified Public Accountants – Business Valuation Committee Member (2013 to Present)
- New York State Society of Certified Public Accountants – Litigation Support Committee Member (2013 to Present)
- Institute of Business Appraisals – Education Board (2011 to 2012)
- New York State Society of Certified Public Accountants – Mediation and Arbitration - Committee Member (2002)
- Five Towns Community Chest – Treasurer (2001)
- Bar Association of Nassau County – We Care Fund (2000 to 2010)
- Great Neck Chamber of Commerce (2000 to 2002)
- Great Neck Lawyers Association (1999 to 2002)



# MARK S. GOTTLIEB



Email: msgcpa@msgcpa.com

**Areas of Expertise**
- Business Valuation
- Forensic Accounting
- Litigation Support
- Expert Witness

**Licenses, Accreditations and Certifications**
- Certified Public Accountant (CPA) in New York and Connecticut
- Accredited in Business Valuation (ABV)
- Certified in Financial Forensics (CFF)
- Certified Valuation Analyst (CVA)
- Certified Business Appraiser (CBA)

MARK S. GOTTLIEB, CPA, PC
www.msgcpa.com
Tel: 646-661-3800
Fax: 646-661-3801

## FACULTY POSITIONS
- New York Law School, Adjunct Professor (Fall 2003 to Fall 2006)
- European School of Economics, Adjunct Professor (Fall 2006)
- Pace University, Adjunct Professor (Summer 1997)

## PROFESSIONAL ORGANIZATIONS
- American Institute of Certified Public Accountants
- New York State Society of Certified Public Accountants
- National Association of Certified Valuation Analysts
- Institute of Business Appraisers

## SPEAKING ENGAGEMENTS (Condensed Summary)

### 2016

| | |
|---|---|
| June, 2016 | Business Valuation: Litigation, Arbitration and Mediation Strategies for Getting the Right Price<br>New York County Lawyers' Association, New York, New York |
| June, 2016 | Finding the Money – What Divorce Attorneys Should Know<br>Rockland County Bar Association, New City, New York |
| May, 2016 | Advanced Risk Issues in Business Valuations<br>New York State Society of CPAs, New York, New York |
| April, 2016 | Advanced Risk Issues in Business Valuations<br>American Society of Appraisers – Philadelphia Chapter, Plymouth Meeting, Pennsylvania |

### 2015

| | |
|---|---|
| November, 2015 | Advanced Risk Issues in Business Valuations<br>Business Valuation Resources, Webinar |
| October, 2015 | Finding Hidden Treasures in Tax Returns<br>Certified Divorce Financial Analyst Annual Conference, New York, New York |
| March, 2015 | Finding Hidden Treasures in Tax Returns<br>Rockland County Bar Association, New City, New York |

### 2014

| | |
|---|---|
| October, 2014 | Forensic Accounting & Income Tax Issues Related To Divorce<br>New York Society of Independent Accountants, Elmsford, New York |
| June, 2014 | Forensic Accounting in A Litigation Environment<br>Brooklyn Bar Association, Brooklyn, New York |



| | |
|---|---|
| April, 2014 | Introduction to Business Valuation |
| | University at Albany, Albany, New York |
| February, 2014 | Fundamentals of Business Valuation |
| | Rockland County Bar Association, New City, New York |
| January, 2014 | Lifestyle Analysis in Matrimonial Actions |
| | New York City Bar Association, New York, New York |

**2013**

| | |
|---|---|
| September, 2013 | Lifestyle Analysis in Matrimonial Actions |
| | Rockland County Bar Association, Rockland, New York |

**2012**

| | |
|---|---|
| June, 2012 | Financial Boot Camp for Matrimonial Attorneys |
| | Melville Marriott Long Island, Melville, New York |
| March, 2012 | Divorce Attorney's Guide to Reading Financial Statements |
| | Mark S. Gottlieb, CPA, PC Great Neck, New York |
| January, 2012 | Hot Issues in Valuing Businesses for A Divorce |
| | Collaborative Divorce Attorneys of Fairfield County, Stamford, Connecticut |

**2010**

| | |
|---|---|
| October, 2010 | Lifestyle Analysis in Matrimonial Actions |
| | Fairfield County Bar Association, Stamford, Connecticut |
| September, 2010 | Lifestyle Analysis in Matrimonial Actions |
| | Brooklyn Bar Association, Brooklyn, New York |

**2007**

| | |
|---|---|
| July, 2007 | Valuing Closely Held Businesses |
| | National Business Institute, State Bank of Long Island, Melville, New York |
| June, 2007 | The Forensic Accountant's Role In Divorce Engagements |
| | Pace University Law School, White Plains, New York |

**2006**

| | |
|---|---|
| December, 2006 | Valuing a Law Practice |
| | Nassau County Bar Association, Mineola, New York |



**2005**

| | | |
|---|---|---|
| October, 2005 | Forensic Accounting for Business Appraisers | |
| | International Business Brokers Association Incorporated, Las Vegas, Nevada | |

**2003**

December, 2003 — Forensic Accounting Opportunities for CPAs
Tax & Accounting Institute, Brookville, New York

October, 2003 — Forensic Accounting: An Overview for the Practicing Attorney
Nassau County Bar Association, Mineola, New York

October, 2003 — Forensic Accounting: An Overview for the Practicing Attorney
Suffolk County Bar Association, Hauppauge, New York

September, 2003 — Forensic Accounting: An Overview for the Practicing Attorney
Brooklyn County Bar Association, Brooklyn, New York

September, 2003 — Forensic Accounting: An Overview for the Practicing Attorney
Queens County Bar Association, Jamaica, New York

**2002**

September, 2002 — Appraising Law Firms
New York State Society of CPAs, New York, New York

May, 2002 — Appraising Law Firms
Nassau County Bar Association, Mineola, New York

**2001**

December, 2001 — Business Valuations for Estate & Gift Tax
Tax & Accounting Institute, Brookville, New York

1990 – 2001 — Small Business Tax Workshop
Internal Revenue Service

1990- 2001 — Tax Workshop
New York State Department of Taxation and Finance, Albany, New York

1990 – 2001 — Self-Employment Program Training
New York State Department of Labor, Albany, New York



**1999**

| | |
|---|---|
| November, 1999 | Valuing Professional Practices and Licenses |
| | Richmond County Bar Association, Staten Island, New York |
| October, 1999 | Entrepreneurial Assistance Program |
| | Brooklyn Economic Development Corporation, New York, New York |
| September, 1999 | Methods of Valuing a Business |
| | Business Outreach Center, Corona, New York |
| March, 1999 | Business Valuations for Estate & Gift Tax |
| | Nassau County Bar Association, Mineola, New York |
| March, 1999 | Getting Down For Business Forum |
| | New York City Department of Business Services, New York, New York |
| February, 1999 | Advanced Issues of Managed Care & What It Means to Physicians Practicing in New York |
| | SouthShore PPO Incorporated, Woodmere, New York |
| February, 1999 | All about Appraisals: An Aid for Litigators |
| | Suffolk County Bar Association, Hauppauge, New York |

**BLOG PUBLICATIONS (available at www.msgcpa.com)**

**2016**

| | |
|---|---|
| June, 2016 | Discretionary Expenses in Business Valuations |
| April, 2016 | Dealing with Fraud: A Simple Four Step System |
| April, 2016 | A Business Valuation Analysis Can Help Increase the Value of Your Business |
| February, 2016 | Valuing Covenants Not to Compete |

**2015**

| | |
|---|---|
| April, 2015 | Types of Fraud in Business |
| February, 2015 | Estate Tax Strategies for Second Marriages |
| February, 2015 | 5 Services Forensic Accountants Provide During a Matrimonial Dispute That May Surprise You |
| February, 2015 | Hidden Taxes in Divorce |



| | |
|---|---|
| January, 2015 | Why You Should Farm Out Business Valuation to Specialty Firms |

**2014**
| | |
|---|---|
| November, 2014 | Cross-Examining a Financial Expert – Part 1 |
| October, 2014 | Understanding Risk in Business Valuation |
| October, 2014 | Transfer Pricing and Related Valuation Issues |
| October, 2014 | Top 10 Thing Attorneys Need at the Start of Matrimonial Action |
| October, 2014 | Lifestyle Analysis |
| October, 2014 | Goodwill Impairment Testing |
| October, 2014 | Hidden Treasures in Tax Returns |
| October, 2014 | A Guide of Fairness Opinions |
| October, 2014 | Identifying Business Perks |
| October, 2014 | Imputed Income: Definition, Calculation, and Evidence |
| October, 2014 | The Fraud Triangle |
| October, 2014 | Calculating Economic Damages |
| September, 2014 | Cash Businesses and Divorce |
| September, 2014 | Normalizing Owners' Compensation in Business Valuation |
| March, 2014 | Using Business Valuation Experts to Your Best Advantage in Divorce |
| March, 2014 | A Panel Discussion on Proposed Maintenance Guidelines. |
| February, 2014 | Uncovering & Understanding Hidden Fees in a 401(k) Plan with Miriam Schindel, Esq. |
| February, 2014 | An Attorney's Guide to Same-Sex Marriage Tax Issues." |

**2013**
| | |
|---|---|
| February, 2013 | An Attorney's Guide to Understanding Business Valuation Standards |



| | |
|---|---|
| March, 2013 | Using Business Valuation Experts to Your Best Advantage in Divorce |

**2011**
| | |
|---|---|
| September, 2011 | An Attorney's Guide to the Recent IRS Changes Regarding Innocent Spouse Relief |
| March, 2011 | Valuing Small Businesses |
| February, 2011 | The Joint Appraiser's Role in a Divorce Action |
| February, 2011 | Valuation Issues in the Bankruptcy Process |
| January, 2011 | 8 Minefields Attorneys Should Avoid Before Presenting Your Valuation Report to the Court |
| January, 2011 | Fraud in the Workplace |

**2010**
| | |
|---|---|
| December, 2010 | Cliff Lee's Earnings Capacity Is At Its Peak. Would He Be Able to Keep It All If He Divorced In New York? |
| November, 2010 | An Attorney's Guide To Divorce-Related Tax Issues |
| October, 2010 | New York State's New Legislation Impacts the Financial Concerns of Family Law |
| September, 2010 | Determining Lost Profit v. Lost Business from the Financial Expert's Perspective |
| August, 2010 | Hiring a Forensic Expert Early in a Lost Profits Case Yields High Dividends |
| July, 2010 | Finding Hidden Treasures in Tax Returns |
| July, 2010 | The Honorable Sondra Miller's Take on No-Fault Divorce |
| June, 2010 | New York State Senate's Democratic Majority Passes Legislative Package to Approve No-Fault Divorce |
| June, 2010 | Panel of Experts Discuss New York State's Current Legislation to Develop Maintenance/Alimony Guidelines |
| April, 2010 | Major Changes in New Jersey's Palimony Law |
| April, 2010 | Madoff Scam Hits Divorce Court |



| | | |
|---|---|---|
| April, 2010 | Proposed Changes to Federal Rule of Civil Procedure 26 | |
| April, 2010 | Merger and Acquisition Disputes in Challenging Economic Times | |
| March, 2010 | Parenting Plans Considerations When Divorcing | |
| March, 2010 | Defining Fair Value in Shareholder Disputes | |

## INDUSTRY STUDIES (available at www.msgcpa.com)

| | | |
|---|---|---|
| Accounting | Electrical Contracting | Metal Services |
| Anesthesiology | Executive Recruiting | Physician |
| Audio & Video Postproduction | Grocery Stores | Refrigerated Warehousing |
| Check Cashing | Healthcare Administration | Security |
| Commercial Construction | Home Health Care | Specialty Food |
| Day Camp | Jewelry – Retail | Steel |
| Drug Stores | Landscape Counseling | Ticket Brokerage |
| Drug Testing | Laundromat | Youth Athletics |
| eBay | Medical & Diagnostic Laboratories | |

## WHITEPAPER PUBLICATIONS (available at www.msgcpa.com)

**Business Valuation**

| | |
|---|---|
| November, 2014 | 8 Minefields to Avoid before Presenting Your Valuation Report to the Court Cross Examining a Financial Expert |
| November, 2014 | Valuation Issues in the Bankruptcy Process |
| October, 2014 | Identifying Business Perks |
| October, 2014 | An Attorney's Guide to Understanding Business Valuation Standards |
| September, 2014 | Normalizing Owners' Compensation in Business Valuation |


MSG — Accountants Consultants & Business Valuators

| | |
|---|---|
| September, 2014 | Why You Should Farm Out Business Valuation to Specialty Firms |
| February, 2014 | Understanding Risk in Business Valuation |
| December, 2013 | Valuing Small Businesses |
| August, 2008 | Understanding Risk in Business Valuation Study |

### Economic Damages

| | |
|---|---|
| November, 2014 | Hiring a Forensic Expert Early in a Lost Profits Case Yields High Dividends |
| October, 2014 | Calculating Economic Damages |

### Financial Advisory

| | |
|---|---|
| October, 2014 | Transfer Pricing and Related Valuation Issues |
| October, 2014 | Goodwill Impairment Testing |
| February, 2014 | A Guide to Fairness Opinions |
| December, 2013 | Merger and Acquisition Disputes in Challenging Economic Times |
| November, 2011 | An Attorney's Guide to Fairness Opinion |
| September, 2011 | IRS Job Aid Resource Guide |
| June, 2011 | Uncovering & Understanding Hidden Fees in a 401(K) Plan with Miriam Schindel, Esq. |

### Forensic Accounting

| | |
|---|---|
| October, 2014 | Fraud in the Workplace |
| June, 2014 | Determining Lost Profit v. Lost Business from the Financial Expert's Perspective |

### Matrimonial & Divorce

| | |
|---|---|
| December, 2014 | Estate Tax Strategies for Second Marriages |
| December, 2014 | Hidden Taxes in Divorce |
| November, 2014 | 5 Litigation Services Forensic Accountants Provide During a Matrimonial Dispute That May Surprise You |



**MARK S. GOTTLIEB**
CPA/ABV/CFF, CVA, CBA, MST
PAGE **10** OF **14**

| Date | Title |
|---|---|
| October, 2014 | A Practical Resource for all Matrimonial Attorneys – In 3 Parts |
| October, 2014 | Top 10 Things Attorneys Need at the Start of Matrimonial Action |
| September, 2014 | Cash Businesses and Divorce |
| February, 2014 | Using Business Valuation Experts to Your Best Advantage in Divorce |
| February, 2014 | An Attorney's Guide to Divorce-Related Tax Issues |
| February, 2014 | The Joint Appraiser's Role in a Divorce Action |
| December, 2013 | Enhanced Earnings Capacity |
| December, 2013 | An Attorney's Guide to Same-Sex Marriage Tax Issues |
| December, 2013 | An Attorney's Guide to the Recent IRS Changes Regarding Innocent Spouse Relief |
| June, 2012 | An Attorney's Guide to Enhanced Earnings Capacity Part 1 |
| February, 2012 | Joint Appraisers Role in a Divorce Action |
| January, 2012 | Same-Sex Marriage Tax Consequences |
| November, 2011 | Innocent Spouse Relief |
| September, 2011 | Matrimonial Resource Guide |
| July, 2011 | Attorney's Guide to Divorce Related Tax Issues |
| December, 2010 | Cliff Lee's Earnings Capacity Is At Its Peak. Would He Be Able to Keep It All If He Divorced in New York? |
| October, 2010 | New York State Senate's Democratic Majority Passes Legislative Package to Approve No-Fault Divorce |
| July, 2010 | The Honorable Sondra Miller's Take on No-Fault Divorce |
| April, 2010 | Major Changes in New Jersey's Palimony Law |
| March, 2010 | Parenting Plans Considerations When Divorcing |



| | |
|---|---|
| January, 2010 | Madoff Scam Hits the Divorce Court |
| December, 2008 | Sample Lifestyle Analysis Report |
| January, 2008 | Finding Hidden Treasures in Tax Returns |

### Shareholder Disputes

| | |
|---|---|
| October, 2014 | The Fraud Triangle |
| October, 2014 | Imputed Income: Definition, Calculation, and Evidence |
| September, 2014 | Farming Out Business Valuation to Specialty Firms |
| January, 2010 | Defining Fair Value in Shareholder Disputes |

## PODCASTS (available at www.msgcpa.com)

### Business Valuation

| | |
|---|---|
| June 1, 2011 | Understanding Risk in Business Valuation |

### Financial Advisory

| | |
|---|---|
| December 3, 2010 | An Attorney's Guide to Cross Examining Financial Expert Witnesses with Mark H. Sobel, Esq. |
| June 29, 2010 | Uncovering & Understanding Hidden Fees in a 401(K) Plan with Miriam Schindel, Esq. |
| April 22, 2010 | Whistleblower Claims with Ellen August, Esq. |

### Divorce & Matrimony

| | |
|---|---|
| June 1, 2011 | Finding Hidden Treasures in Tax Returns - Related to the Divorce Process |
| May 12, 2011 | Divorce Mediation with Alan S. Rubenstein, Esq. |
| October 19, 2010 | 2010 Changes to New York Divorce Laws with Henry Berman, Esq. |
| June 29, 2010 | NYS Senate Approves Legislation to Permit No-Fault Divorce with the Honorable Sondra Miller |
| May 12, 2010 | New Palimony Law in New Jersey with Stephanie Hagan, Esq. |
| March 23, 2010 | Divorce During an Economic Downturn with Sherri Donovan, Esq. |



| | |
|---|---|
| March 19, 2010 | Initial Documents for a Divorce with Eric Broder, Esq. |
| March 6, 2010 | The Madoff Mess Hits Divorce Court with Eric Solotoff, Esq. |
| March 6, 2010 | Parenting Plans with Leonard G. Florescue, Esq |
| January 25, 2010 | Prenuptial Agreements-Financial Considerations for Attorneys |

### Shareholder Disputes

| | |
|---|---|
| March 23, 2010 | NJ Bar Looks to Modify LLC Act With Daniel Gielchinsky, Esq. |
| March 6, 2010 | Fair Value with Peter Mahler, Esq. |

### Economic Damages

| | |
|---|---|
| April 9, 2010 | Determining Economic Damages |

## PUBLICATION CONTRIBUTIONS

| | |
|---|---|
| January 4, 2012 | IRS Eases Restrictions on 'Innocent Spouse' Tax Cases by Tim Grant<br>*Pittsburgh Post-Gazette* |
| August 30, 2007 | Jewelers Post Same-Store Sales, Earnings by David Koenig<br>*Associated Press* |
| August 30, 2007 | Tiffany, Zale Report Profits, Earnings by David Koenig<br>*Associated Press* |
| July 13, 2007 | Accountants: Always Check the Claims by Carrie Mason-Draffen<br>*Newsday* |
| January 21, 2007 | Accountants in Demand, Companies are Hungry for Qualified Candidates as Government Rules Keep Numbers-Crunchers Busy by Carrie Mason-Draffen<br>*Newsday*, pp. F6 |
| July 27, 2003 | Tracking Down Wrong Numbers - Forensic Accountants Are Increasingly On the Case Uncovering Corporate Misdeeds by Carrie Mason-Draffen<br>*Newsday*, pp. F4 |
| June 12, 2000 | Accounting for Tastes: Firms Vary the Mix by Laurie Joan Aron<br>*Crain's New York Business*, pp. 26 |
| September 28, 1998 | Accountant's New Practices Put Price on Businesses by Susan Kleinman<br>*Crain's New York Business*, pp. 14 |



| | |
|---|---|
| September 1, 1997 | Network Strives to Rebuild Industrial Base by Michael Hirsch<br>*Crain's New York Business*, pp. 16 |
| March 10, 1997 | No ifs, ands or UBTs in City? Mayor Wants to Curb Tax by Cara S. Trager<br>*Crain's New York Business* |
| December 9, 1996 | Simple Plan May Lead to Easy St. by Lisa Goff<br>*Crain's New York Business* |
| October 7, 1996 | Citi Banks on PC Product to Lure Small Businesses by Frederick Gabriel<br>*Crain's New York Business* |
| September, 1996 | By Setting up Spending Plan, Owners Can Cash in on Success by Lisa Goff<br>*Crain's New York Business* |
| July 29, 1996 | Chase Slashes Banking Fees for Small Business by Frederick Gabriel<br>*Crain's New York Business* |
| June 10, 1996 | Banks See Fall Off in Small Firm Loans by Frederick Gabriel<br>*Crain's New York Business* |
| February, 1996 | What's the IRS Holdup? by Patricia M. Carey<br>*Home Office Computing*, pp. 38 |
| February, 1996 | Don't Rush To Spend Windfall by Lisa Goff<br>*Crain's New York Business* |
| October 2, 1995 | BONY Breaks Big Push to Lure Small Business by Frederick Gabriel<br>*Crain's New York Business* |
| July 24, 1995 | IDing Contractors and IRS Obsession by Patricia M. Carey<br>*Crain's New York Business* |
| July 24, 1995 | Outfits Ride Coattails of Acquisition Fever by O.P. Malik<br>*Crain's New York Business* |
| March, 1995 | When Firms Sit on Tax They Cross a Fine Line by Matthew Flamm<br>*Crain's Small Business*, pp. 4, 16 |
| April 3, 1992 | Starting Your Own Business by Caryn Eve Murray<br>*Newsday*, pp. 29 |


MSG — Accountants Consultants & Business Valuators

**MEDIA APPEARANCES**

| | |
|---|---|
| March, 1997 | *The Morning Show* |
| | Mr. Gottlieb was interviewed to discuss Mayor Rudy Giuliani's proposal to curb the New York City Unincorporated Business Tax. |
| June, 1995 | *Bloomberg Morning News*, June 1995 |
| | Mr. Gottlieb was interviewed to discuss whether a balanced budget or tax cut would best stimulate the economy. |

| NEW YORK, NY |
|---|
| 1430 BROADWAY, SUITE 902, NEW YORK, NY 10018 |
| TEL: 646-661-3800 / 516-829-4936 / FAX: 646-661-3801 |

| White Plains, NY | Stamford, CT | Roseland, NJ |
|---|---|---|
| 50 Main Street | One Stamford Plaza | 101 Eisenhower Parkway |
| Suite 1000 | 263 Tresser Boulevard, 9th Floor | Suite 300 |
| White Plains, NY 10606 | Stamford, CT 06901 | Roseland, NJ 07068 |
| Tel: 914-294-4300 | Tel: 203-357-1500 | Tel: 973-226-4500 |
| Fax: 914-294-5302 | Fax: 203-357-1505 | Fax: 973-226-4508 |


MSG — Accountants Consultants & Business Valuators

## SECTION III: FEE and BILLING

**Hourly Billing Rates:** Our fees are based on the amount of time we spend working on the engagement. Hourly rates charged by other associates and professionals in our firm are as follows:

| | |
|---|---:|
| Mark S. Gottlieb | $425.00 |
| Para-professional | $75.00 |
| Accountant/Valuation Analyst | $95.00 to $325.00 |

**Testimony: Fees:** Fees to testify and or appear in court will be based upon a flat fee of $2,500 per half day, payable in advance.