UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIANO FITZ, CARMELO BAEZ, JESUS BAEZ, MIGUEL VASQUEZ, and OSCAR PORTILLA,

Plaintiffs,

- against -

BETHEL GOURMET FOOD CORP., and YEONG Y. KIM, jointly and severally,

Defendants.

**ORDER**

17 Civ. 8919 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 6, 2019, Plaintiffs filed a letter requesting leave to file an Amended Complaint, for a preliminary injunction, and for the appointment of a receiver. (Dkt. No. 35) On July 23, 2019, Plaintiffs filed a letter from Andrew M. Park, the auditor appointed by this Court on January 31, 2019, in which Mr. Park explained some difficulties he was having obtaining information from a former accountant for Defendants, Mr. Kim, CPA. (Dkt. No. 37, Ex. 1) On November 12, 2019, the parties filed a joint letter requesting guidance or the scheduling of a conference. (Dkt. No. 41)

It is hereby ORDERED that there shall be a conference in this matter to discuss these issues on **Monday, November 25, 2019 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, and that Andrew M. Park attend the conference. The parties are directed to inform Mr. Park of the conference.

Dated: New York, New York
November 18, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge