UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIANO FITZ, CARMELO BAEZ, JESUS BAEZ, MIGUEL VASQUEZ, and OSCAR PORTILLA,

    Plaintiffs,

- against -

BETHEL GOURMET FOOD CORP., and YEONG Y. KIM, jointly and severally,

    Defendants.

**ORDER**

17 Civ. 8919 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    On December 3, 2019, this Court issued a subpoena to Jong Chan Park, a former accountant for Defendants, ordering him to appear at a deposition on December 13, 2019 and produce specified documents. (Dkt. No. 44) On December 12, 2019, Daniel Edelson, the attorney for Jong Chan Park, filed a pre-motion letter in advance of a motion to quash the December 3, 2019 subpoena. (Dkt. No. 45)

    It is hereby ORDERED that there shall be a conference in this matter to discuss these issues on **December 18, 2019 at 3:00 p.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York, and that Andrew M. Park and Jong Chan Park attend the conference. The parties are directed to inform Andrew M. Park and Jong Chan Park of the conference.

Dated: New York, New York
       December 17, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge