UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIANO FITZ, CARMELO BAEZ,
JESUS BAEZ, MIGUEL VASQUEZ, and
OSCAR PORTILLA,

        Plaintiffs,

- against -

BETHEL GOURMET FOOD CORP., and
YEONG Y. KIM, jointly and severally,

        Defendants.

**ORDER**

17 Civ. 8919 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

On May 6, 2019, Plaintiffs filed a letter requesting leave to file an Amended Complaint. (Dkt. No. 35) This Court held a conference in this matter on November 25, 2019 to discuss this request and other aspects of the case. Since all parties indicated their consent to this request, Plaintiffs are hereby granted leave to file an Amended Complaint as outlined in their May 6, 2019 letter. The Amended Complaint is to be filed by **December 24, 2019**.

Dated: New York, New York
      December 17, 2019

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge