UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FELICIANO FITZ, CARMELO BAEZ, JESUS BAEZ, MIGUEL VASQUEZ, and OSCAR PORTILLA,

        Plaintiffs,

- against -

BETHEL GOURMET FOOD CORP., YEONG Y. KIM, PYUNGHAK KIM, YONG M OH, and 79 DELI NY CORP., jointly and severally,

        Defendants.

**ORDER**

17 Civ. 8919 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    It is hereby ORDERED that the following briefing schedule will apply to the parties' submissions regarding the appropriate amount of assets available for the payment of a judgment by Defendants:

1. Initial submissions are due by **September 24, 2020**; and

2. Reply submissions are due by **October 8, 2020**.

Dated: New York, New York
       September 10, 2020

SO ORDERED.

*Paul G. Gardephe* (signature)

Paul G. Gardephe
United States District Judge