**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
FELICIANO FITZ, CARMELO BAEZ, JESUS
BAEZ, MIGUEL VASQUEZ, and OSCAR
PORTILLA,

                      Plaintiffs,

      -against-                                17 **CIVIL** 8919 (PGG)

## JUDGMENT

BETHEL GOURMENT FOOD CORP.,
YEONG Y. KIM, PYUNGHAK KIM,
YONG M. OH, and 79 DELI NY CORP.,
jointly and severally,

                      Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated October 14, 2020, this Court finds that Defendants have available assets of $500,000 or more. Pursuant to the parties Settlement Agreement (Dkt. No. 19-1), judgment in the amount of $500,000 is entered in favor of the Plaintiffs and against Defendants, jointly and severally; accordingly, this case is closed.

**Dated:**  New York, New York

       October 14, 2020

                                                      **RUBY J. KRAJICK**
                                                      _____
                                                      **Clerk of Court**
                            **BY:**       K. Mango
                                                      _____
                                                      **Deputy Clerk**